Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHNY MIXAYBOUA,<br><br>Defendant. | CASE NO.   MJ23-232<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C. §1708 |

BEFORE, S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle,Washington.

The undersigned complainant being duly sworn states:

**<u>COUNT ONE</u>**

**(Mail Theft)**

Beginning on a date unknown but continuing until on or about May 1, 2023, in King County, within the Western District of Washington, the Defendant, JOHNY

Complaint - 1
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  MIXAYBOUA, knowingly and intentionally stole and took mail from a receptacle that

2  was an authorized depository for mail matter.

3        All in violation of Title 18, United States Code, Section 1708

4                              **<u>COUNT TWO</u>**

5                          **(Possession of Stolen Mail)**

6        Beginning on a date unknown but continuing until on or about May 1, 2023, in

7  King County, within the Western District of Washington, the Defendant, JOHNY

8  MIXAYBOUA, did unlawfully have in his possession, mail, and articles that had been

9  contained in mail, that had been stolen and taken from a receptacle that was an authorized

10  depository for mail matter, knowing that mail had been stolen and taken from a

11  receptacle that was an authorized depository for mail matter.

12        All in violation of Title 18, United States Code, Section 1708

13        And the complainant states that this Complaint is based on the following

14  information:

15        I, Kelsie P. Shaphren, being first duly sworn on oath, depose and say:

16                    **AFFIANT BACKGROUND AND QUALIFICATIONS**

17        1.        I am a Postal Inspector with the United States Postal Inspection Service

18  (USPIS). I am an "investigative or law enforcement officer of the United States" within

19  the meaning of Title 18, United States Code, Section 2510(7). I am currently assigned to

20  the USPIS Seattle Field Division in Seattle, WA.

21        2.        I began my federal law enforcement career in 2015 as a Records Examiner

22  Analyst for the Asset Forfeiture Unit at the Bureau of Alcohol, Tobacco, Firearms, and

23  Explosives (ATF). In 2017, I transferred to the Drug Enforcement Administration (DEA)

24  where I supervised the Seattle Division's Asset Forfeiture Team. In 2022, I became a

25  Postal Inspector with USPIS and attended the 16-week Basic Inspector Training course in

26  Potomac, Maryland where I learned how to investigate and support the prosecution of

27  crimes related to the United States Postal Service (USPS) including mail theft, identify

Complaint - 2
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

theft, mail fraud, narcotics offenses, and violent crimes. Since then, I received advanced training in burglary, robbery and financial investigations. I am currently assigned to the Seattle Division's Mail Theft and Mail Fraud Team. I am tasked with protecting the USPS's employees, infrastructure, and customers.

3.      I have obtained the facts set forth in this Affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; from witnesses and informants cooperating with law enforcement; and from records, documents and other evidence obtained during this investigation.  I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other investigations.

**INVESTIGATION SUMMARY**

4.      Since December 2022, USPIS has been investigating a string of mail theft incidents involving stolen postal vehicles, stolen postal keys, mail theft, and associated crimes such as identity theft and access device fraud in the Western District of Washington. During the course of the investigation, I obtained footage and images associated with these incidents and have been able to identify MIXAYBOUA as the primary subject.

**SUMMARY OF PROBABLE CAUSE**

5.      On December 28, 2022, a USPS Long Life Vehicle (LLV) #0204677 was stolen from the vicinity of 6305 South Bangor Street, Seattle, WA 98178. Inspector Todd Salter obtained security footage of the theft showing an unknown individual getting out of a dark color Toyota 4 Runner and driving away in LLV #0204677. During the theft, a postal key was stolen. The postal key accesses most cluster box units (CBU) mailboxes in the 98178 ZIP code.

Complaint - 3
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6.      Long Life Vehicles or LLVs are part of USPS fleet of vehicles used to deliver mail and parcels. The LLV is a boxy, right-handed drive vehicle commonly seen delivering mail to most neighborhoods.

7.      CBUs are standalone multiple unit mailboxes, containing eight to sixteen individual customer compartments that may be accessed through a single-entry point by a postal employee, typically a letter carrier.  Each customer box is accessed by the customer through an individually locked door.  CBUs are commonly placed in apartment buildings and housing developments to allow a single point of delivery for the United States Postal Service.  Through my training and experience as a Postal Inspector, I know CBUs are secured using a master lock, called an Arrow Lock, that can only be opened with a postal arrow key.  Postal arrow keys allow a letter carrier to open an entire CBU, giving them access to all of the mailboxes contained within.  Mail thieves will often steal or reproduce these keys in an effort to gain easy access to the boxes. There are two types of keys that are used to open a CBU that are sometimes referred to as an "Arrow Key" or "MAL Key." These keys open CBUs in a particular area—usually a ZIP code. Postal keys are the property of the US Government and USPS and are to be possessed and used by only USPS employees.

8.      Since December 28, 2022, there have been numerous reports of CBUs opened without damage throughout the 98178 ZIP code. On December 30, 2022, an individual used a postal key to access mailboxes at Empire View Mobile Home Park located at 5711 S 129th Street, Seattle, WA 98178. An individual affected by this theft, S.A., submitted a mail theft complaint to USPIS. On January 17, 2023, I contacted S.A. and obtained footage from the building's security system of the incident. On the footage, an individual, later identified as Johny MIXAYBOUA, accessed the CBU using a key. He and an unknown male placed the mail taken from the CBU in a trash bag before departing with the mail in a dark SUV, which appeared to be a Toyota 4 Runner.

Complaint - 4
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9.      On December 30, 2022, S.P. reported a CBU located at 10757 68th Pl S in Seattle was opened in the early morning hours. S.P. found a license plate on the ground with pieces of discarded mail. The license plate was WA plate AHP6370, which returned to a stolen 1998 Toyota 4Runner from Seattle, WA.

10.     On January 9, 2023, a CBU servicing 11421 80th Place South, Seattle WA 98178, was broken into and mail was missing. I contacted J.S., a neighborhood who provided door camera footage of the incident. I reviewed the footage and observed an individual accessing the CBU and steal mail from within.[1] J.S. also relayed that another resident, E.H., had his credit card stolen during the incident. Victim E.H. contacted me via phone and email to report his Bank of America credit card ending in x4270 was stolen. The credit card x4270 was delivered to 11421 80th Place South, Seattle WA 98178. I reviewed door camera footage, which shows a light-colored sedan pulling in front of the mailbox at the time of the theft. Approximately two hours later, multiple transactions were attempted using the card but were not completed. The attempted transactions totaled $944.04, and are as follows:

- $858.76 charge at Car Toys Southcenter, Tukwila, WA.
- $1.00 charge at Chevron in Tukwila, WA
- $84.28 charge at Target in Tukwila, WA.

11.     I obtained security footage for the above-mentioned transaction for the $84.28 charge at Target in Tukwila, WA showing an individual matching MIXAYBOUA's description using the self-checkout machine at the store. The credit card charge was unsuccessful, and he used cash to complete the transaction. MIXAYBOUA departed the store's parking lot in a white Hyundai Genesis Coupe; this vehicle matches the vehicle seen in surveillance at the 80th Place South theft.

---

[1] Due to the poor quality of the footage, I cannot ascertain whether this person is MIXAYBOUA or not.

Complaint - 5
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12.     King County Sheriff's Office Deputies reported to me a 2013 white Hyundai Genesis coupe with WA plate AZV8715 was reported as stolen. The registered owner reported the vehicle was stolen in the evening on January 1, 2023.This vehicle description matches the vehicle used by MIXAYBOUA at several mail theft incidents in the early part of January 2023.  From my training and experience I know that mail theft suspects will often use stolen vehicles and stolen license plates when committing crimes in an effort to conceal their identities from law enforcement.

13.     On January 17, 2023, two LLVs were stolen in Seattle, WA. Myself and other Inspectors responded to the first incident and identified LLV #0240237 was stolen from 3000 Beach Drive SW, Seattle, WA 98116 at approximately 2:25 PM. The second LLV theft, identified as LLV #0226180, was stolen from 3631 57th St SW, Seattle, WA 98116 at approximately 2:32 PM.

14.     During the investigation, I obtained home security footage from J.C. related to the LLV thefts. I reviewed the footage and observed an individual matching MIXAYBOUA's description driving LLV #0240237. He parked the LLV in front of J.C.'s residence. This is the location at which the LLV was recovered shortly after. At approximately 2:31 PM, the video shows a person matching MIXAYBOUA's description transferring mail and parcels from the LLV to a purple Ford Ranger pickup truck with a black canopy ("the Ford Ranger"). Also pictured was an unknown African American male with braids wearing dark colored clothes and a pair of white over the ear headphones ("Suspect 2").

15.     Seattle Police Department informed USPIS about two witnesses who observed two individuals moving mail between a pickup matching the Ford Ranger's description and another vehicle. Inspector Wiegand interviewed witness J.S. and K.M. via phone who observed an individual matching MIXAYBOUA's description and Suspect 2 transferring mail between the Ford Ranger and a red Ford Mustang on the 5900 block of 37th Ave SW, between 2:30 PM and 3:00 PM.

Complaint - 6
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16.     During the LLV thefts, victim E.K.'s credit card ending in x8915 was stolen. Shortly after the incident, victim E.K. reported multiple charges had been made on her credit card, totaling $645.18.

- $63.76 charge at Chevron in Seattle, WA 98106.
- $206.55 charge at Junction True Value in Seattle, WA 98116
- $374.87 charge at By and By, a skate shop in Seattle, WA 98106.

17.     I obtained security footage from Chevron and Junction True Value for the transactions. The Chevron footage showed a person I recognize as MIXAYBOUA attempting to purchase cigarettes before purchasing gas for a red Ford Mustang (WA-CBL0125, "the Ford Mustang") with victim E.K.'s credit card at approximately 4:19 PM. Per the security footage, at approximately 4:50 PM, a person I recognize as MIXAYBOUA arrived at Junction True Value in the Ford Mustang and used victim E.K.'s credit card to purchase $206.55 worth of items. The Ford Mustang seen on the footage with MIXAYBOUA as the driver matches the second vehicle the witnesses described during the mail transfer on the 5900 block of 37th Avenue SW.

//

//

//

Complaint - 7
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12



MIXAYBOUA at Chevron on January 17, 2023 using Victim E.K.'s credit card

13
14
15
16
17
18
19
20
21
22



MIXAYBOUA at Chevron on January 17, 2023, with Ford Mustang WA-CBL0125

23

24        18.     On January 19, 2023, I shared photos of the suspect with other law

25   enforcement officers in an attempt to identify the suspect. I received a response from a

26   Department of Corrections Officer K. Neva identifying the suspect as Johny

27   MIXAYBOUA. I compared security footage to jail booking photos of MIXAYBOUA to

Complaint - 8
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   confirm he was the subject of this investigation. MIXAYBOUA's booking photos show

2   skin discoloration around on his face, arms, and hands, in addition to several distinctive

3   tattoos on his forearms. The January 17th Chevron security video captured footage of

4   MIXAYBOUA during the attempted bank card transaction, which showed several tattoos

5   in the same place as the jail booking photo, as well as skin discoloration on his hands and

6   forearms. Footage later obtained from Snoqualmie Casino, showed similar skin

7   discoloration around the eyes which matches the jail booking photo for MIXAYBOUA.

8



MIXAYBOUA Jail Booking Photo (March 2022)          MIXAYBOUA at Chevron on January 17, 2023

21

22       19.     On January 30, 2023, at approximately 3:14 PM, LLV # 3300436 was

23   stolen from outside 2040 S Columbian Way, Seattle, WA 98108 and abandoned a short

24   time later at the intersection of S Dawson and 20th Avenue S. I obtained security footage

25   of the theft from J.A. The footage shows an individual matching MIXAYBOUA's

26   description walking around the LLV before getting inside and driving away.

27

Complaint - 9
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12



MIXAYBOUA walking near LLV on
January 30, 2023

MIXAYBOUA approachs LLV door at 3:16:44 PM

13
14
15
16
17
18
19
20

MIXAYBOUA walks behind the bush and
the door of the LLV opens at 3:16:49 PM.
Five seconds later.

At 3:17:02 PM, MIXAYBOUA drives the LLV away.

21    20.    Beginning on or about January 30, 2023, there were several incidents of

22 mail theft reported to the Snoqualmie Police Department. On January 30, 2023, resident

23 J.J. reported his mail was stolen from his CBU by an individual driving a red Ford

24 Mustang. J.J. shared home security footage showing a red Ford Mustang at the mailboxes

25 during the theft. From my training and experience I know that mail theft suspects will

26 often go to casinos after mail theft incidents in order to immediately use access devices

27 they have stolen.  Inspectors contacted Snoqualmie Casino security to see if the red Ford

Complaint - 10
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Mustang or MIXABOUA had recently been there.  Casino security located surveillance images on the same date, showing a person matching the description of MIXAYBOUA arriving at the casino in the red Ford Mustang. MIXAYBOUA enters the casino and makes several unknown ATM transactions before departing in the Ford Mustang. Based on the driving time from the mail theft incidents and MIXAYBOUA's arrival at the casino, I believe he is the same suspect seen on the security video provided by J.J.

21.     On February 3, 2023, Postmaster D.E. contacted USPIS to report open mailboxes in Snoqualmie. Since there was no reported damage to the mailboxes, it was likely a counterfeit or authentic postal key being used to access the boxes.



MIXAYBOUA seen opening CBUs in Snoqualmie with the red Ford Mustang.

22.     On February 8, 2023, victim S.T. reported to the Snoqualmie PD their Target credit card was stolen and activated. USPIS obtained security footage and receipts for those transactions. The footage showed a person matching MIXAYBOUA's description exiting the store located at 2800 SW Barton Street, Seattle, WA 98106, after using victim S.T.'s credit card on February 7, 2023. MIXAYBOUA purchased $2,343.72 worth of items using victim S.T.'s credit card.

//

//

//

Complaint - 11
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



MIXAYBOUA at Target on SW Barton Street after using Victim S.T.'s credit card

23.     During the investigation, USPIS Inspectors routinely surveilled addresses associated with MIXAYBOUA to identify his current residence.

24.     On March 8, 2023, Inspector J. Wiegand was conducting surveillance when he observed a person matching MIXAYBOUA's description outside the residence located at 10739 47th Avenue South, Tukwila, Washington (Residence). Inspector Wiegand noted MIXAYBOUA was getting into a black Audi coupe with tinted windows. Inspector Wiegand noted the license plate was obscured.

25.     The Residence was also determined to be the residence of a Jennifer Gonzalez-Esquivel. She was linked to a $3,300 check stolen from an LLV in January 2023, when she attempted to cash the check at two locations—Money Tree in Burien, WA, and EZ Cash in SeaTac, WA. During both attempts, Gonzalez-Esquivel presented identification showing the Residence as her address. Both check cashing locations provided high quality security footage that clearly showed Gonzalez-Esquivel in possession of the check. Copies of the check were provided to the victim, D.H, and D.H. verified issuing the check and sending it via US Mail to their customer, however the check never arrived at its intended destination. D.H. also verified the check was altered to show "Jennifer Gonzalez-Esquivel" as the payee. D.H. had no knowledge of who Gonzalez-Esquivel was and did not give her permission to take or possess their mail.

Complaint - 12
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Based on this information, investigators believe that is likely that MIXAYBOUA is

2   working with Gonzalez-Esquivel; specifically, they believe that MIXAYBOUA likely

3   provided Gonzalez-Esquivel with mail containing the check, which Gonzalez-Esquivel

4   then attempted to cash.

5       26.     On March 28, 2023, another LLV was stolen from Empire View Mobile

6   Home Park at 5711 S 129th Ave, Seattle, WA 98178. I obtained security footage from the

7   property manager, S.A. The footage showed a black Audi coupe ("the Audi") pull up

8   alongside the LLV and then two males exit the Audi. One of the males, who matches

9   MIXAYBOUA's description, gained entry into the LLV through the driver's door, and

10  drove away while the other male followed in the Audi. The Audi appeared to have a

11  tinted bubble covering obscuring the rear license plate.  This matches the description of

12  the Audi that Inspector Wiegand observed MIXAYBOUA driving on March 8th, 2023.



MIXAYBOUA outside the LLV before the theft at Empire View Mobile Home Park on March 28, 2023

22      27.     On March 29, 2023, USPIS identified MIXAYBOUA as the suspect in a

23  Kirkland Police Department mail theft case. MIXAYBOUA used a stolen WA COVID-

24  19 Immigrant Relief prepaid credit card in transactions totaling $3,074.42 between

25  approximately February 22 and 25, 2023. One purchase occurred at Staples in Redmond,

26  WA on February 23, 2023. I obtained a copy of the receipt from Staples management,

27

Complaint - 13
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

which lists a Google Chrome book, a Brother brand printer, and check stock among the items purchased. From my training and experience I know these items may be used by criminal entities to forge checks. Suspects will use information of persons and businesses obtained during mail theft, as well as copying information from stolen checks onto new check stock, to commit financial crimes and steal money from a person's or business's bank account.

28.     On April 14, 2023, USPIS began conducting a surveillance operation at the Residence. A person matching MIXAYBOUA's description has been observed at the Residence numerous times since April 14, 2023.

29.     On April 16, 2023, MIXAYBOUA was seen at the Residence at approximately 6:10 PM. While at the Residence, he removed items from a gray/silver Kia Sportage with a possible temporary license plate in the rear window ("Kia Sportage"). He then brought the items inside the Residence. MIXAYBOUA was seen wearing a dark colored "Givenchy" sweatshirt.

30.     On April 17, 2023, MIXAYBOUA was seen visiting the Residence several times. MIXAYBOUA was seen wearing a similar dark colored "Givenchy" sweatshirt as the previous day. When MIXAYBOUA returned later in the day, he accessed a fenced to another property located south of Residence, at 10802 47th Avenue South, Tukwila, Washington. Several individuals were seen entering and bringing items into this location regularly.



MIXAYBOUA outside the Residence on April 17, 2023. He is wearing the "Givenchy" sweatshirt."

Complaint - 14
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

31.     On April 18, 2023, Lake Forest Park Police Department Officer Jayson

Benson obtained security footage from Woodland North Apartments located at 3611 NE

155th Street in Lake Forest Park, WA. The footage showed an individual matching

MIXAYBOUA's description in the same "Givenchy" sweatshirt stealing mail from the

apartment's CBU using what appeared to be a key. The theft occurred at approximately

3:42 AM.



MIXAYBOUA at a CBU in Lake Forest Park, WA on April 18, 2023. The "HY" on the "Givenchy" sweatshirt is

visible.

32.     On April 19, 2023, at approximately 6:20 pm, an individual matching

MIXAYBOUA's description was seen arriving at the Residence in the Kia Sportage

wearing a sports jersey shirt. The Kia Sportage returned to the Residence on April 20,

2023, at approximately 5:42 AM. On April 20, 2023, Lake Forest Park Police

Department sent via email security footage stills of an individual matching

MIXAYBOUA's description opening CBU's that morning at approximately 4:45 AM.

The travel time between Lake Forest Park and Tukwila is on average 30 to 40 minutes at

that time of day, which fits the time frame of MIXAYBOUA opening cluster mailboxes

in Lake Forest Park and then arriving an hour later at the Residence.

Complaint - 15
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

33.    Later in the day on April 20, 2023, from the driver's seat of the Kia Sportage outside the Residence, an individual matching MIXAYBOUA's description handed an unknown male, who also frequents the Residence, a stack of white papers, roughly the size of an envelope.



MIXAYBOUA inside the Kia Sportage handing an unknown male a stack of papers on April 20, 2023.

34.    On May 1, 2023, at approximately 8:58 PM, a person matching the description of MIXAYBOUA used a postal key to enter an apartment building in Seattle, WA, the Angeline Apartments located at 4801 Rainier Ave S. On May 3, 2023, K.B. sent me building security footage of the incident. The Angeline Apartments are in the 98118 ZIP code indicating MIXAYBOUA has access to or possession of authentic or counterfeit postal keys for the 98118 ZIP code.

//

//

//

Complaint - 16
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## CONCLUSION

2       35.     Based on the above facts, I respectfully submit that there is probable cause

3   to believe that JOHNY MIXAYBOUA violated the following federal offenses: Mail

4   Theft and Possession of Stolen Mail, all in violation of Title 18, United States Code,

5   Section 1708.

6       36.     This complaint and affidavit are being submitted via reliable electronic

7   means. Fed. R. Crim. P. 4.1 & 41.(d)(3).

8

9                                              KELSIE P. SHAPHREN, Complainant

10                                             Postal Inspector, U.S. Postal Inspection
                                               Service

11

12

13      The above-named agent provided a sworn statement attesting to the truth of the

14  contents of the foregoing affidavit by telephone. Based on the Complaint and Affidavit

15  sworn to before me, the Court hereby finds that there is probable cause to believe the

16  Defendant committed the offenses set forth in the Complaint.

17      Dated this 16th day of May, 2023.

18

19                                             S. KATE VAUGHAN

20                                             United States Magistrate Judge

21

22

23

24

25

26

27

Complaint - 17
*United States v. Johny Mixayboua*
USAO #2023R00139

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970